# Corporations Division

## Business Entity Summary

**ID Number: 000975078**  [Request certificate]  [New search]

**Summary for:** LEDGEWOOD DESIGN LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | LEDGEWOOD DESIGN LLC |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 000975078 | |
| **Date of Organization in Massachusetts:** 04-04-2008 | **Date of Revival:** 7/17/2015 12:00:00 AM |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** 06-30-2018 | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:  STEVEN R. LONDON

Address:  125 HIGH ST.

City or town, State, Zip code, Country:  BOSTON,  MA  02110-2736  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | GEORGE O'CONOR | 125 HIGH ST. BOSTON, MA 02110 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|

EXHIBIT 1

| | | |
|---|---|---|
| REAL PROPERTY | GEORGE O'CONOR | 125 HIGH ST. BOSTON, MA 02110 USA |

| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |
|---|---|---|---|

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[ View filings ]

**Comments or notes associated with this business entity:**

[ New search ]