

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 08/30/2019 02:29 PM
ID Number: 20031230218

Document number: 20191704404
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

# Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20031230218

Entity name: New Direction IRA, Inc.

Jurisdiction under the law of which the entity was formed or registered: Colorado

1. Principal office street address:
   1070 W. Century Dr.
   *(Street name and number)*
   Ste. 101
   Louisville, CO 80027
   *(City)* *(State)* *(Postal/Zip Code)*
   United States
   *(Province – if applicable)* *(Country – if not US)*

2. Principal office mailing address: (if different from above)
   *(Street name and number or Post Office Box information)*
   *(City)* *(State)* *(Postal/Zip Code)*
   *(Province – if applicable)* *(Country – if not US)*

3. Registered agent name: (if an individual)
   *(Last)* *(First)* *(Middle)* *(Suffix)*

   or   (if a business organization)   Registered Agents Inc

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:
   1942 Broadway St
   *(Street name and number)*
   STE 314C
   Boulder, CO 80302
   *(City)* *(State)* *(Postal/Zip Code)*

6. Registered agent mailing address: (if different from above)
   *(Street name and number or Post Office Box information)*
   *(City)* *(State)* *(Postal/Zip Code)*
   *(Province – if applicable)* *(Country – if not US)*

EXHIBIT 2

REPORT                Page 1 of 2                Rev. 12/01/2012

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Wynne | Mary | Catherine | |
|---|---|---|---|
| (Last) | (First) | (Middle) | (Suffix) |

1070 W Century Dr
*(Street name and number or Post Office Box information)*

_____

| Louisville | CO | 80027 |
|---|---|---|
| (City) | (State) | (Postal/Zip Code) |

United States
*(Province – if applicable)     (Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.