#### UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | |
|---|---|
| CHIME MEDIA, LLC, *and* <br> GEORGE O'CONOR, <br> <br> *Plaintiffs and Counter-Defendants,* <br> <br> v. <br> <br> MARK RUCKMAN, *and* HALAGARD, INC., <br> <br> *Defendants and Counter-Plaintiff.* | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 4:20-CV-00071-ALM <br> § <br> § <br> § <br> § |

### ORDER

Came to be heard on this day, the parties in the above-styled case. After hearing and considering the briefs, evidence, and arguments of the parties, the Court hereby orders that Plaintiffs and Counter-Defendants' Motion to Dismiss Ruckman's Counterclaims [Dkt. 28] is GRANTED as follows:

It is ORDERED that Defendant and Counter-Plaintiff Ruckman's Counterclaims are DISMISSED.