6/11/2020     Case 4:20-cv-00071-ALM   Document 28-1   Filed 06/12/20   Page 1 of 2 PageID #: 304



EXHIBIT 1

# Corporations Division
## Business Entity Summary

**ID Number:** 000975078     Request certificate     New search

**Summary for: LEDGEWOOD DESIGN LLC**

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | LEDGEWOOD DESIGN LLC |
| Entity type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 000975078 |
| Date of Organization in Massachusetts: 04-04-2008 | Date of Revival: 7/17/2015 12:00:00 AM |
| Date of Involuntary Dissolution by Court Order or by the SOC: 06-30-2018 | Last date certain: |

The location or address where the records are maintained (A PO box is not a valid location or address):

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:     STEVEN R. LONDON

Address:     125 HIGH ST.

City or town, State, Zip code, Country:     BOSTON, MA 02110-2736 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| | | |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | GEORGE O'CONOR | 125 HIGH ST. BOSTON, MA 02110 USA |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:

| Title | Individual name | Address |
|---|---|---|
| | | |

6/11/2020                                                                            MA Corporations, File Entity Summary

| REAL PROPERTY | GEORGE O'CONOR | 125 HIGH ST. BOSTON, MA 02110 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment

[View filings]

**Comments or notes associated with this business entity:**

[New search]