UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHIME MEDIA, LLC, *and* <br> GEORGE O'CONOR, <br><br> *Plaintiffs and Counter-Defendants,* <br><br> v. <br><br> MARK RUCKMAN, *and* HALAGARD, INC., <br><br> *Defendants and Counter-Plaintiff.* | § § § § § § § § § § § § CIVIL ACTION NO. 4:20-CV-00071-ALM |

## ORDER

Came to be heard on this day, the parties in the above-styled case. After hearing and considering the briefs, evidence, and arguments of the parties, the Court hereby orders that Plaintiffs' Motion to Dismiss Ruckman's Amended Counterclaims [Dkt. 35] is GRANTED as follows:

It is ORDERED that Defendant and Counter-Plaintiff Ruckman's Counterclaims are DISMISSED WITH PREJUDICE.