# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CHIME MEDIA, LLC and<br>GEORGE O'CONOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>HALAGARD INC. and<br>MARK RUCKMAN,<br><br>*Defendants*. | § § § § § § § § § § § § § § | Case No. 4:20-cv-00071-ALM |

## AGREED FINAL JUDGMENT

ON THIS DAY came on this Agreed Final Judgment of Chime Media, LLC, George O'Conor (collectively, "Plaintiffs") and Halagard Inc. and Mark Ruckman (collectively, "Defendants"), appearing herein, who announced that all parties have arrived at an Agreed Final Judgment in this case. As a result, the Court finds that judgment should be entered in favor of Plaintiffs. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendant Halagard Inc. is found liable to Plaintiffs.

It is, further, **ORDERED, ADJUDGED and DECREED** that Plaintiffs are not liable for any cause of action asserted by Defendants, and Defendants shall take nothing by their claims.

It is, further, **ORDERED, ADJUDGED and DECREED** that Plaintiffs are, hereby, awarded $1,000,000 in damages against Halagard Inc.

No further damages against any party are awarded and, other than the damages awarded herein, the Parties are responsible for their own fees and costs.

This Agreed Final Judgment fully and finally disposes of all parties and all claims between

the Parties, constitutes final judgment in this matter, and is appealable.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 20th day of October, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE